# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00095-CV

**In re Gerald B. Wilson**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Gerald B. Wilson petitioned this Court for a writ of mandamus directing the district court to act on Wilson's motion for a judgment nunc pro tunc giving him additional jail time credit in cause number 74,075. *See Ex parte Ybarra*, 149 S.W.3d 147, 148-49 (Tex. Crim. App. 2004). After the mandamus petition was filed and a response was requested, the district court signed a judgment nunc pro tunc giving Wilson credit for the additional jail time he sought. Accordingly, the petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Bea Ann Smith, Justice

Before Justices B. A. Smith, Puryear and Waldrop

Filed:   March 17, 2006